# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF TEXAS DALLAS DIVISION

| | | |
|---|---|---|
| FAMILY REHABILITATION, INC., d/b/a FAMILY CARE TEXAS, d/b/a ANGELS CARE HOME HEALTH, | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:17-CV-3008-K |
| ALEX M. AZAR, II, SECRETARY of the UNITED STATES DEPARTMENT of HEALTH and HUMAN SERVICES; and SEEMA VERMA, ADMINISTRATOR for the CENTERS for MEDICARE and MEDICAID SERVICES, | § § § § § § § § | |
| Defendants. | § | |

## ORDER

Before the Court is Defendants' Motion for Reconsideration (Doc. No. 61). After carefully considering the motion, record, and applicable law, the Court **DENIES** Defendants' motion.

**SO ORDERED.**

Signed November 5th, 2018.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE

1